# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 CR 301 - 1 | **DATE** | 1/3/2003 |
| **CASE TITLE** | | USA vs. Matt Janus | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Janus' current request must be and is denied out of hand. If he somehow believes himself to possess any claim that would qualify for relief because it falls outside the scope of Section 2255 and is hence not bound by its time limitation, Janus must submit some other filing to explain why that is so.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JAN 06 2003 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | | 66 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 03 JAN -3 PM 3:03 | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES )
)
        Plaintiff, )
) No. 00 CR 301-1
  v. )
)
MATT JANUS, )
)
        Defendant. )

DOCKETED
JAN 6 2003

## MEMORANDUM ORDER

Matt Janus ("Janus") has just submitted a self-prepared document that he captions "Mandamus In Support Of Habeas Corpus Motion." As that label suggests, Janus has not yet tendered any document that identifies just what he proposes as a basis for obtaining what he calls habeas corpus relief (because he is serving a federal sentence, other than in extraordinary circumstances Janus' only avenue for post-conviction relief would instead be under 28 U.S.C. § 2255 ("Section 2255")).

What Janus currently asks is to be provided with this set of documents that he says he needs to prepare a petition for relief:

    (1) Any and all indictments of the said defendant.
    (2) Any and all pre-trial, plea proceedings, and the sentencing transcripts.
    (3) A complete copy of the pre-sentence repots and of the judgement order.

But the obvious threshold difficulty with any such request is that Janus was sentenced just over two years ago, while Section 2255 allows only one year after a conviction has become final

within which relief may be sought.

Accordingly Janus' current request must be and is denied out of hand. If he somehow believes himself to possess any claim that would qualify for relief because it falls outside the scope of Section 2255 and is hence not bound by its time limitation, Janus must submit some other filing to explain why that is so.

*[signature]*
Milton I. Shadur
Senior United States District Judge

January 3, 2003